# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:12CR42 AGF |
| JEREMY L. REED, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Defendant has filed a motion for relief from judgment pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015). The Court finds that the motion should be administratively terminated and opened as a new case under 28 U.S.C. § 2255.

Accordingly,

**IT IS HERBY ORDERED** that the Clerk is directed to **administratively terminate** defendant's motion for relief from judgment [Doc. #84] and to open it as a new civil action under 28 U.S.C. § 2255. The Clerk should note that this is a *Johnson* action.

**IT IS FURTHER ORDERED** that Jennifer Booth's motion to withdraw is **GRANTED** at this time.

Dated this 7th day of July, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE